Certificate Number: 05781-MOE-DE-041278407

Bankruptcy Case Number: 26-10470



05781-MOE-DE-041278407

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 2, 2026, at 7:42 o'clock PM PDT, Tiffany Gilliam completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date:   August 2, 2026                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President